Exhibit List

A        NTA to immigration court Cleveland Ohio.

B        USCIS Receipt of the I-589 (Form I-797C)

C        I-589 filed affirmatively with USCIS

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| A | NTA to immigration court Cleveland Ohio. |

# DEPARTMENT OF HOMELAND SECURITY
## NOTICE TO APPEAR

Subject to Securing the Border (SB)

In removal proceedings under section 240 of the Immigration and Nationality Act:

File No: _____ 249388021

In the Matter of:

Respondent: _____ **MEDET BAKYT** _____ currently residing at:

5308 BALSAM PL, APT. 303, MASON OHIO 45040          (320) 245-6175

(Number, street, city, state and ZIP code)                     (Area code and phone number)

[x] You are an arriving alien.

[ ] You are an alien present in the United States who has not been admitted or paroled.

[ ] You have been admitted to the United States, but are removable for the reasons stated below.

The Department of Homeland Security alleges that you:

1. You are not a citizen or national of the United States;
2. You are a native of Kazakhstan and a citizen of KAZAKHSTAN;
3. You applied for admission at OTAY MESA CA on 08/28/2024;
4. You did not then possess or present a valid immigrant visa, reentry permit, border crossing identification card, or other valid entry document.

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:

Section 212(a)(7)(A)(i)(I) of the Immigration and Nationality Act (Act), as amended, as an immigrant who, at the time of application for admission, is not in possession of a valid unexpired immigrant visa, reentry permit, border crossing card, or other valid entry document required by the Act, and a valid unexpired passport, or other suitable travel document, or document of identity and nationality as required under the regulations issued by the Attorney General under section 211(a) of the Act.

[ ] This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution or torture.

[x] Section 235(b)(1) order was vacated pursuant to:      [x] 8CFR 208.30   [ ] 8CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at:

801 W. Superior Avenue Suite 13 - 100 Cleveland, OH 44113

(Complete Address of Immigration Court, including Room Number, if any)

on _December 14, 2026_ at ___2:00 pm___ to show why you should not be removed from the United States based on the
   (Date)                    (Time)

charge(s) set forth above.      _____         Supervisory Asylum Officer

                                (Signature and Title of Issuing Officer)

Date: ___10/20/24___      _____         Houston, TX
                                                              (City and State)

DHS Form I-862 (6/22)                                                              Page 1 of 3

EXHIBIT NO.    DESCRIPTION

B              USCIS Receipt of the I-589 (Form I-797C)

Department of Homeland Security
U.S. Citizenship and Immigration Services

Form I-797C, Notice of Action

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | | NOTICE DATE |
|---|---|---|
| Receipt | | May 27, 2025 |
| **CASE TYPE** | | **USCIS ALIEN NUMBER** |
| I-589, Application for Asylum and for Withholding of Removal | | A249388021 |
| **RECEIPT NUMBER** | **RECEIVED DATE** | **PAGE** |
| LGL2590155953 | May 09, 2025 | 1 of 1 |
| | | **DATE OF BIRTH** |
| | | July 26, 2004 |

BAKYT MEDET
9986 ARBOR MONTGOMERY LN
CINCINNATI, OH 45249

3  00000582

**PAYMENT INFORMATION:**

| | |
|---|---|
| Application/Petition Fee: | $0.00 |
| Total Amount Received: | $0.00 |
| Total Balance Due: | $0.00 |

NAME AND MAILING ADDRESS

We have received your form and are currently processing the above case for the following applicants:

| Name | Date of Birth | Country of Birth | Class (If Applicable) |
|---|---|---|---|
| MEDET, BAKYT | 7/26/2004 | KAZAKHSTAN | |

This is an acknowledgment your Form I-589 has been forwarded to USCIS, and it is not your Form I-589 Receipt Notice. You will receive a Receipt Notice once USCIS has conducted intake processing of your complete and properly filed application. If you indicated that you would like to include a dependent spouse or child(ren) in your application, but their names are not listed above, we were not able to add your dependent(s) to your application because they either 1) did not meet the requirements to be included as a dependent; or 2) you included more than six (6) children. If you included more than 6 children on your application, your Form I-589 Receipt Notice will indicate all eligible dependents after USCIS completes intake processing of your application. For more information on requirements for dependents, please visit uscis.gov/i-589.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment. We will also provide a receipt number for each co-applicant with their application support center (ASC) appointment notice.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

| USCIS Office Address: | USCIS Contact Center Number: |
|---|---|
| USCIS | (800)375-5283 |
| Asylum Vetting Center | |
| P. O. Box 57100 | |
| Atlanta, GA 30308-0506 | |



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.        Form I-797C  10/13/21

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**



# THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| ASC Appointment Notice | APPLICATION/PETITION/REQUEST NUMBER LGL2990153953 | | | NOTICE DATE 05/30/2025 |
|---|---|---|---|---|
| CASE TYPE I589 - APPLICATION FOR ASYLUM AND FOR WITHHOLDING OF REMOVAL | | ACCOUNT NUMBER | USCIS A# A249 388 021 | CODE 3 |

BAKYT MEDET
9986 ARBOR MONTGOMERY LN
CINCINNATI OH 45249



PLEASE READ THIS ENTIRE NOTICE CAREFULLY. To process your application, petition, or request, the U.S. Citizenship & Immigration Services (USCIS) must collect your biometrics. Please appear at the below Application Support Center (ASC) at the date and time specified.
WARNING: Unless USCIS excuses you based on good cause, failure to appear at this biometrics appointment will result in an applicant-caused delay that will impact your eligibility for employment authorization based on your pending asylum application. If you fail to appear at this appointment as scheduled, USCIS may: (1) dismiss your asylum application, if you are in lawful immigration status or paroled; or (2) refer your application to an immigration judge, if you are not in lawful immigration status or paroled. If you fail to appear at this appointment as scheduled, and you are currently in removal proceedings, an immigration judge may deem your asylum application abandoned

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
|---|---|
| USCIS CINCINNATI 550 Main Street Room 1-710 Cincinnati OH 45202 | 06/20/2025 09:00AM |

WHEN YOU APPEAR AT THE ASC FOR BIOMETRICS SUBMISSION, YOU MUST BRING:
1. THIS APPOINTMENT NOTICE, and
2. PHOTO IDENTIFICATION (e.g. passport, valid driver's license, national ID, military ID, State-issued photo ID, or USCIS-issued photo ID). If you do not have photo identification, please expect a delay.

Only those necessary to assist with transportation or completion of the biometrics worksheet should accompany you to your ASC appointment. If you have open wounds, bandages, or casts when you appear for biometrics submission, USCIS may reschedule your ASC appointment if we determine your injuries may interfere with your biometrics submission. Please do not visit a USCIS office if you are sick or feel symptoms of being sick. Follow the instructions on this notice to reschedule your appointment.

You may bring cell phones or electronic devices, but they must be turned off during biometrics collection. No one may photograph or record at an ASC.
For more information regarding your ASC appointment, visit https://www.uscis.gov/forms/filing-guidance/preparing-for-your-biometric-services-appointment.
If you have questions regarding this notice, please call the USCIS Contact Center at 1-800-375-5283 (TTY 800-767-1833).
NOTE: If an ASC closes due to inclement weather or unforeseen circumstances, USCIS will automatically reschedule your ASC appointment for the next available date and time. For the latest information on the status of an office, visit https://www.uscis.gov/about-us/uscis-office-closings. Please check this page on the day of your ASC appointment. If USCIS reschedules your ASC appointment, you will receive a new ASC appointment notice.
You must update your address within 10 days if you move. For instructions, visit https://www.uscis.gov/addresschange. If you are in removal proceedings, you must also notify the Executive Office for Immigration Review (EOIR or Immigration Court) within five working days of any change of address or telephone number by filing a completed Form EOIR-33, Alien's Change of Address/Phone Number Form/Immigration Court. For instructions, visit https://www.justice.gov/eoir/form-eoir-33-eoir-immigration-court-listing.
WARNING: Failure to update your mailing address with USCIS, and, if applicable, EOIR may result in dismissal of your asylum application, referral of your asylum application to an immigration judge, or if you are already in removal proceedings, an entry of a removal order in your absence if you fail to appear at a hearing before an immigration judge.
USCIS may use your biometrics to check the criminal history records of the FBI, for identity verification, to determine eligibility, to create immigration documents (e.g., Green Card, Employment Authorization Document, etc.), or any purpose authorized by the Immigration and Nationality Act. You may obtain a copy of your own FBI record using the procedures outlined within Title 28 C.F.R., Section 16.32. For information, please visit: https://www.fbi.gov/how-we-can-help-you/more-fbi-services-and-information/identity-history-summary-checks. For Privacy Act information, please visit https://www.fbi.gov/how-we-can-help-you/more-fbi-services-and-information/compact-council/privacy-act-statement
If you cannot attend your scheduled appointment, you may request to reschedule at https://my.uscis.gov/accounts/biometrics/overview or by calling the USCIS Contact Center at 1-800-375-5283 (TTY 800-767-1833). You must make your request before the date and time of the original appointment, and you must establish good cause for rescheduling. If you fail to make a request before your scheduled appointment or fail to establish good cause, and you do not appear at your appointment, USCIS may consider your application, petition, or request abandoned and, as a result, it may be denied. For more information about rescheduling, see https://www.uscis.gov/forms/filing-guidance/preparing-for-your-biometric-services-appointment.
If you cannot leave your home/hospital due to a serious ongoing medical condition, you may request a mobile biometrics appointment by following the instructions on the back of this notice under "Notice for People with Disabilities," or by visiting uscis.gov/accommodations.

For questions about this notice call 1-800-375-5283. For questions about your application, contact the Asylum Office or Immigration Court with jurisdiction over your case.

---

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.

Form I-797C   10/13/21

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.



| Receipt Number | | Case Type | |
|---|---|---|---|
| LGL2590155953 | | I589 - APPLICATION FOR ASYLUM AND FOR WITHHOLDING OF REMOVAL | |
| Received Date | Priority Date | Applicant A249 388 021 | |
| 05/09/2025 | | MEDET, BAKYT | |
| Notice Date | Page | | |
| 05/28/2025 | 1 of 1 | | |

| | |
|---|---|
| BAKYT MEDET<br>9986 ARBOR MONTGOMERY LN<br>CINCINNATI OH 45249 | Notice Type: Receipt Notice |

### *** ACKNOWLEDGEMENT OF RECEIPT ***

Your complete Form I-589, Application for Asylum and for Withholding of Removal was received and is pending as of 05/09/2025.

You may remain in the United States until your asylum application is decided. Having a pending asylum application with USCIS does not preclude U.S. Immigration and Customs Enforcement (ICE) or U.S. Customs and Border Protection (CBP) from placing you into removal proceedings. If you wish to leave the United States while your application is pending, you must obtain advance parole or, for Temporary Protected Status (TPS) recipients, approval of Form I-512T, Authorization for Travel by a Noncitizen to the United States (sometimes referred to as MTINA TPS travel authorization), from USCIS or you may be considered to have abandoned your asylum application. You must report a change of address to USCIS within 10 days of moving by following the instructions on the How to Change Your Address webpage (https://www.uscis.gov/addresschange). Changing your address with the U.S. Postal Service will not change your address with USCIS.

### BIOMETRICS APPOINTMENT AND ASYLUM INTERVIEW NOTICES:

You will receive a notice informing you when you and those listed on your application as a husband or wife or son or daughter dependent must appear at an Application Support Center (ASC) for biometrics collection. You will also receive a notice informing you when you and those listed on your application as a husband or wife or son or daughter dependent must appear for an asylum interview. Those notices will contain instructions for what to bring to your ASC appointment and what to bring to your asylum interview.

WARNING: Failure to appear at the ASC for biometrics collection or for your asylum interview may affect your eligibility for employment authorization and may also result in the dismissal of your asylum application or referral of your asylum application to an immigration judge.

### EMPLOYMENT AUTHORIZATION:

You may file a Form I-765, Application for Employment Authorization, based on your pending asylum application 150 days after you filed your asylum application. You are not eligible to receive an Employment Authorization Document (EAD) until your asylum application has been pending for at least another 30 days, for a total of 180 days. 8 CFR 208.7(a)(1). The 150-day waiting period and the 180-day eligibility period, commonly referred to as the 180-Day Asylum EAD Clock, do not include delays that you request or cause while your asylum application is pending with an asylum office or with the Immigration Court. 8 CFR 208.7(a)(2).

Delays requested or caused by the applicant may include:
- A request to transfer a case to a new asylum office or interview location, including when the transfer is based on your change of address;
- A request to reschedule an interview for a later date;
- Failure to appear at an interview or biometrics appointment;
- Failure to provide a competent interpreter at an interview (if required);
- A request to provide additional evidence at or after an interview;
- The submission of large volumes of evidence immediately before an interview that requires a reschedule; and
- Failure to receive and acknowledge an asylum decision in person (if required).

Applicant(s):

| Alien Number | Name |
|---|---|
| A249 388 021 | MEDET, BAKYT |

Please see the additional information on the back. You will be notified separately about any other cases you filed.

USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

Chicago Asylum Office
U.S. CITIZENSHIP & IMMIGRATION SVC
181 W. Madison Street, Suite 3000
Chicago IL 60602

USCIS Contact Center: www.uscis.gov/contactcenter



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.

Form I-797C

Department of Homeland Security
U.S. Citizenship and Immigration Services

Form I-797C, Notice of Action



## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number | | Case Type |
|---|---|---|
| LGL2590155953 | | I589 - APPLICATION FOR ASYLUM AND FOR WITHHOLDING OF REMOVAL |
| Received Date 05/09/2025 | Priority Date | Applicant  A249 388 021 MEDET, BAKYT |
| Notice Date 05/28/2025 | Page 1 of 1 | |

| | |
|---|---|
| BAKYT MEDET 9986 ARBOR MONTGOMERY LN CINCINNATI OH  45249 | Notice Type: Receipt Notice |

### *** ACKNOWLEDGEMENT OF RECEIPT ***

Your complete Form I-589, Application for Asylum and for Withholding of Removal was received and is pending as of 05/09/2025.

You may remain in the United States until your asylum application is decided. Having a pending asylum application with USCIS does not preclude U.S. Immigration and Customs Enforcement (ICE) or U.S. Customs and Border Protection (CBP) from placing you into removal proceedings. If you wish to leave the United States while your application is pending, you must obtain advance parole or, for Temporary Protected Status (TPS) recipients, approval of Form I-512T, Authorization for Travel by a Noncitizen to the United States (sometimes referred to as MTINA TPS travel authorization), from USCIS or you may be considered to have abandoned your asylum application. You must report a change of address to USCIS within 10 days of moving by following the instructions on the How to Change Your Address webpage (https://www.uscis.gov/addresschange). Changing your address with the U.S. Postal Service will not change your address with USCIS.

#### BIOMETRICS APPOINTMENT AND ASYLUM INTERVIEW NOTICES:

You will receive a notice informing you when you and those listed on your application as a husband or wife or son or daughter dependent must appear at an Application Support Center (ASC) for biometrics collection. You will also receive a notice informing you when you and those listed on your application as a husband or wife or son or daughter dependent must appear for an asylum interview. Those notices will contain instructions for what to bring to your ASC appointment and what to bring to your asylum interview.

WARNING: Failure to appear at the ASC for biometrics collection or for your asylum interview may affect your eligibility for employment authorization and may also result in the dismissal of your asylum application or referral of your asylum application to an immigration judge.

#### EMPLOYMENT AUTHORIZATION:

You may file a Form I-765, Application for Employment Authorization, based on your pending asylum application 150 days after you filed your asylum application. You are not eligible to receive an Employment Authorization Document (EAD) until your asylum application has been pending for at least another 30 days, for a total of 180 days. 8 CFR 208.7(a)(1). The 150-day waiting period and the 180-day eligibility period, commonly referred to as the 180-Day Asylum EAD Clock, do not include delays that you request or cause while your asylum application is pending with an asylum office or with the Immigration Court. 8 CFR 208.7(a)(2).

Delays requested or caused by the applicant may include:

- A request to transfer a case to a new asylum office or interview location, including when the transfer is based on your change of address;
- A request to reschedule an interview for a later date;
- Failure to appear at an interview or biometrics appointment;
- Failure to provide a competent interpreter at an interview (if required);
- A request to provide additional evidence at or after an interview;
- The submission of large volumes of evidence immediately before an interview that requires a reschedule; and
- Failure to receive and acknowledge an asylum decision in person (if required).

Applicant(s):

| Alien Number | Name |
|---|---|
| A249 388 021 | MEDET, BAKYT |

Please see the additional information on the back. You will be notified separately about any other cases you filed.
USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

Chicago Asylum Office
U.S. CITIZENSHIP & IMMIGRATION SVC
181 W. Madison Street, Suite 3000
Chicago IL 60602
USCIS Contact Center: www.uscis.gov/contactcenter



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.                                    Form I-797C  1

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

---

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | NOTICE DATE |
|---|---|
| Receipt | May 27, 2025 |

| CASE TYPE | USCIS ALIEN NUMBER |
|---|---|
| I-589, Application for Asylum and for Withholding of Removal | A249388021 |

| RECEIPT NUMBER | RECEIVED DATE | PAGE |
|---|---|---|
| LGL2590155953 | May 09, 2025 | 1 of 1 |

| | DATE OF BIRTH |
|---|---|
| | July 26, 2004 |

BAKYT MEDET
9988 ARBOR MONTGOMERY LN
CINCINNATI, OH 45249

3  00000582

**PAYMENT INFORMATION:**

| | |
|---|---|
| Application/Petition Fee: | $0.00 |
| Total Amount Received: | $0.00 |
| Total Balance Due: | $0.00 |

NAME AND MAILING ADDRESS

---

We have received your form and are currently processing the above case for the following applicants:

| Name | Date of Birth | Country of Birth | Class (If Applicable) |
|---|---|---|---|
| MEDET, BAKYT | 7/26/2004 | KAZAKHSTAN | |

This is an acknowledgment your Form I-589 has been forwarded to USCIS, and it is not your Form I-589 Receipt Notice. You will receive a Receipt Notice once USCIS has conducted intake processing of your complete and properly filed application. If you indicated that you would like to include a dependent spouse or child(ren) in your application, but their names are not listed above, we were not able to add your dependent(s) to your application because they either 1) did not meet the requirements to be included as a dependent; or 2) you included more than six (6) children. If you included more than 6 children on your application, your Form I-589 Receipt Notice will indicate all eligible dependents after USCIS completes intake processing of your application. For more information on requirements for dependents, please visit uscis.gov/i-589.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment. We will also provide a receipt number for each co-applicant with their application support center (ASC) appointment notice.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

---

**USCIS Office Address:**
USCIS
Asylum Vetting Center
P. O. Box 57100
Atlanta, GA 30308-0506

**USCIS Contact Center Number:**
(800)375-5283



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.

Form I-797C  10/13/21

Department of Homeland Security
U.S. Citizenship and Immigration Services

# Form I-797C, Notice of Action

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| ASC Appointment Notice | APPLICATION/REQUEST NUMBER LGL1990155951 | | | NOTICE DATE 05/30/2025 |
|---|---|---|---|---|
| CASE TYPE I589 - APPLICATION FOR ASYLUM AND FOR WITHHOLDING OF REMOVAL | | ACCOUNT NUMBER | USCIS A# A249 388 021 | CODE 3 |

BAKYT MEDET
9986 ARBOR MONTGOMERY LN
CINCINNATI OH 45249



**PLEASE READ THIS ENTIRE NOTICE CAREFULLY.** To process your application, petition, or request, the U.S. Citizenship & Immigration Services (USCIS) must collect your biometrics. Please appear at the below Application Support Center (ASC) at the date and time specified.

WARNING: Unless USCIS excuses you based on good cause, failure to appear at this biometrics appointment will result in an applicant-caused delay that will impact your eligibility for employment authorization based on your pending asylum application. If you fail to appear at this appointment as scheduled, USCIS may: (1) dismiss your asylum application, if you are in lawful immigration status or paroled; or (2) refer your application to an immigration judge, if you are not in lawful immigration status or paroled. If you fail to appear at this appointment as scheduled, and you are currently in removal proceedings, an immigration judge may deem your asylum application abandoned.

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
|---|---|
| USCIS CINCINNATI | 06/20/2025 |
| 550 Main Street Room 1-710 | 09:00AM |
| Cincinnati OH 45202 | |

**WHEN YOU APPEAR AT THE ASC FOR BIOMETRICS SUBMISSION, YOU MUST BRING:**

1. THIS APPOINTMENT NOTICE, and
2. PHOTO IDENTIFICATION (e.g. passport, valid driver's license, national ID, military ID, State-issued photo ID, or USCIS-issued photo ID). If you do not have photo identification, please expect a delay.

Only those necessary to assist with transportation or completion of the biometrics worksheet should accompany you to your ASC appointment. If you have open wounds, bandages, or casts when you appear for biometrics submission, USCIS may reschedule your ASC appointment if we determine your injuries may interfere with your biometrics submission. Please do not visit a USCIS office if you are sick or feel symptoms of being sick. Follow the instructions on this notice to reschedule your appointment.

You may bring cell phones or electronic devices, but they must be turned off during biometrics collection. No one may photograph or record at an ASC. For more information regarding your ASC appointment, visit https://www.uscis.gov/forms/filing-guidance/preparing-for-your-biometric-services-appointment. If you have questions regarding this notice, please call the USCIS Contact Center at 1-800-375-5283 (TTY 800-767-1833).

NOTE: If an ASC closes due to inclement weather or unforeseen circumstances, USCIS will automatically reschedule your ASC appointment for the next available date and time. For the latest information on the status of an office, visit https://www.uscis.gov/about-us/uscis-office-closings. Please check this page on the day of your ASC appointment. If USCIS reschedules your ASC appointment, you will receive a new ASC appointment notice.

You must update your address within 10 days if you move. For instructions, visit https://www.uscis.gov/addresschange. If you are in removal proceedings, you must also notify the Executive Office for Immigration Review (EOIR or Immigration Court) within five working days of any change of address or telephone number by filing a completed Form EOIR-33, Alien's Change of Address/Phone Number Form/Immigration Court. For instructions, visit https://www.justice.gov/eoir/form-eoir-33-eoir-immigration-court-listing.

WARNING: Failure to update your mailing address with USCIS, and, if applicable, EOIR may result in dismissal of your asylum application, referral of your asylum application to an immigration judge, or if you are already in removal proceedings, an entry of a removal order in your absence if you fail to appear at a hearing before an immigration judge.

USCIS may use your biometrics to check the criminal history records of the FBI, for identity verification, to determine eligibility, to create immigration documents (e.g., Green Card, Employment Authorization Document, etc.), or any purpose authorized by the Immigration and Nationality Act. You may obtain a copy of your own FBI record using the procedures outlined within Title 28 C.F.R., Section 16.32. For information, please visit: https://www.fbi.gov/how-we-can-help-you/more-fbi-services-and-information/identity-history-summary-checks. For Privacy Act information, please visit https://www.fbi.gov/how-we-can-help-you/more-fbi-services-and-information/compact-council/privacy-act-statement.

If you cannot attend your scheduled appointment, you may request to reschedule at https://my.uscis.gov/accounts/biometrics/overview or by calling the USCIS Contact Center at 1-800-375-5283 (TTY 800-767-1833). You must make your request before the date and time of the original appointment, and you must establish good cause for rescheduling. If you fail to make a request before your scheduled appointment or fail to establish good cause, and you do not appear at your appointment, USCIS may consider your application, petition, or request abandoned and, as a result, it may be denied. For more information about rescheduling, see https://www.uscis.gov/forms/filing-guidance/preparing-for-your-biometric-services-appointment.

If you cannot leave your home/hospital due to a serious ongoing medical condition, you may request a mobile biometrics appointment by following the instructions on the back of this notice under "Notice for People with Disabilities," or by visiting uscis.gov/accommodations.

For questions about this notice call 1-800-375-5283. For questions about your application, contact the Asylum Office or Immigration Court with jurisdiction over your case.

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.     Form I-797C  10/13/21

EXHIBIT NO.    DESCRIPTION

C                      I-589 filed affirmatively with USCIS



# Application for Asylum and for
# Withholding of Removal

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**USCIS**
**Form I-589**
OMB No. 1615-0067
Expires 09/30/2027

**START HERE - Type or print in black ink. See the instructions for information about eligibility and how to complete and file this application. There is no filing fee for this application.**

**NOTE:** ☐ Check this box if you also want to apply for withholding of removal under the Convention Against Torture.

## Part A.I. Information About You

| 1. Alien Registration Number(s) (A-Number) (if any) | 2. U.S. Social Security Number (if any) | 3. USCIS Online Account Number (if any) |
|---|---|---|
| 249388021 | | |

| 4. Complete Last Name | 5. First Name | 6. Middle Name |
|---|---|---|
| Bakyt | Medet | N/A |

**7. What other names have you used (include maiden name and aliases)?**

None

**8. Residence in the U.S. (where you physically reside)**

| Street Number and Name | Apt. Number |
|---|---|
| 3452 Springlake Cir | Bldg 4 |

| City | State | Zip Code | Telephone Number |
|---|---|---|---|
| Loveland | OH | 45140 | ( 513 ) 7393797 |

(**NOTE:** *You must be residing in the United States to submit this form.*)

**9. Mailing Address in the U.S. (if different than the address in Item Number 8)**

| In Care Of (if applicable): | Telephone Number |
|---|---|
| | ( 513 ) 7393797 |

| Street Number and Name | Apt. Number |
|---|---|
| 3452 Springlake Cir | Bldg 4 |

| City | State | Zip Code |
|---|---|---|
| Loveland | OH | 45140 |

| 10. Gender: ☒ Male  ☐ Female | 11. Marital Status: ☒ Single  ☐ Married  ☐ Divorced  ☐ Widowed |
|---|---|

| 12. Date of Birth (mm/dd/yyyy) | 13. City and Country of Birth |
|---|---|
| 07/26/2004 | Taras, Kazakhstan |

| 14. Present Nationality (Citizenship) | 15. Nationality at Birth | 16. Race, Ethnic, or Tribal Group | 17. Religion |
|---|---|---|---|
| Kazakhstan | Kazakhstan | Azian | Muslim |

**18.** *Check the box, a through c, that applies:* **a.** ☐ I have never been in Immigration Court proceedings.

**b.** ☒ I am now in Immigration Court proceedings.  **c.** ☐ I am **not** now in Immigration Court proceedings, but I have been in the past.

**19.** *Complete 19 a through c.*

**a.** When did you last leave your country? (mm/dd/yyyy) 07/03/2024  **b.** What is your current I-94 Number, if any? _____

**c.** List each entry into the U.S. beginning with your most recent entry. *List date (mm/dd/yyyy), place, and your status for each entry.* *(Attach additional sheets as needed.)*

| Date | Place | Status | Date Status Expires |
|---|---|---|---|
| 08/28/2024 | Otay Mesa CA | N/A | |
| | | | |
| | | | |

| 20. What country issued your last passport or travel document? | 21. Passport Number 040726501283 | 22. Expiration Date (mm/dd/yyyy) |
|---|---|---|
| Kazakhstan | Travel Document Number | 01/22/2034 |

| 23. What is your native language (include dialect, if applicable)? | 24. Are you fluent in English? | 25. What other languages do you speak fluently? |
|---|---|---|
| Kazakh | ☐ Yes  ☒ No | Kazakh |

## Part A.II. Information About Your Spouse and Children

| For EOIR use only. | For USCIS use only. | Action:<br>Interview Date: _____<br>Asylum Officer ID No.: _____ | Decision:<br>Approval Date: _____<br>Denial Date: _____<br>Referral Date: _____ |
|---|---|---|---|

**Your spouse**   ☒ I am not married. (Skip to **Your Children** below.)

| 1. Alien Registration Number (A-Number) *(if any)* | 2. Passport/ID Card Number *(if any)* | 3. Date of Birth *(mm/dd/yyyy)* | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Other names used *(include maiden name and aliases)* |

| 9. Date of Marriage *(mm/dd/yyyy)* | 10. Place of Marriage | 11. City and Country of Birth |
|---|---|---|

| 12. Nationality *(Citizenship)* | 13. Race, Ethnic, or Tribal Group | 14. Gender  ☐ Male  ☐ Female |
|---|---|---|

15. Is this person in the U.S.?

 ☐ Yes *(Complete Blocks 16 to 24.)*   ☐ No *(Specify location)*:

| 16. Place of last entry into the U.S. | 17. Date of last entry into the U.S. *(mm/dd/yyyy)* | 18. I-94 Number *(if any)* | 19. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| 20. What is your spouse's current status? | 21. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | 22. Is your spouse in Immigration Court proceedings?  ☐ Yes  ☐ No | 23. If previously in the U.S., date of previous arrival *(mm/dd/yyyy)* |

24. If in the U.S., is your spouse to be included in this application? *(Check the appropriate box.)*

 ☐ Yes

 ☐ No

**Your Children.** List **all** of your children, regardless of age, location, or marital status.

☒ I do not have any children. *(Skip to Part A.III., Information about your background.)*

☐ I have children.   Total number of children: _____.

(**NOTE:** *Use Form I-589 Supplement A or attach additional sheets of paper and documentation if you have more than four children.*)

| 1. Alien Registration Number (A-Number) *(if any)* | 2. Passport/ID Card Number *(if any)* | 3. Marital Status *(Married, Single, Divorced, Widowed)* | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth *(mm/dd/yyyy)* |
| 9. City and Country of Birth | 10. Nationality *(Citizenship)* | 11. Race, Ethnic, or Tribal Group | 12. Gender  ☐ Male  ☐ Female |

13. Is this child in the U.S. ?  ☐ Yes *(Complete Blocks 14 to 21.)*  ☐ No *(Specify location)*: _____

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. *(mm/dd/yyyy)* | 16. I-94 Number *(If any)* | 17. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | 20. Is your child in Immigration Court proceedings?  ☐ Yes  ☐ No | |

21. If in the U.S., is this child to be included in this application? *(Check the appropriate box.)*

 ☐ Yes

 ☐ No

## Part A.II. Information About Your Spouse and Children (continued)

| 1. Alien Registration Number (A-Number) (if any) | 2. Passport/ID Card Number (if any) | 3. Marital Status (Married, Single, Divorced, Widowed) | 4. U.S. Social Security Number (if any) |
|---|---|---|---|
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth (mm/dd/yyyy) |
| 9. City and Country of Birth | 10. Nationality (Citizenship) | 11. Race, Ethnic, or Tribal Group | 12. Gender ☐ Male ☐ Female |

13. Is this child in the U.S. ? ☐ Yes (Complete Blocks 14 to 21.) ☐ No (Specify location): _____

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. (mm/dd/yyyy) | 16. I-94 Number (If any) | 17. Status when last admitted (Visa type, if any) |
|---|---|---|---|
| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? (mm/dd/yyyy) | 20. Is your child in Immigration Court proceedings? ☐ Yes ☐ No | |

21. If in the U.S., is this child to be included in this application? (Check the appropriate box.)
☐ Yes
☐ No

| 1. Alien Registration Number (A-Number) (if any) | 2. Passport/ID Card Number (if any) | 3. Marital Status (Married, Single, Divorced, Widowed) | 4. U.S. Social Security Number (if any) |
|---|---|---|---|
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth (mm/dd/yyyy) |
| 9. City and Country of Birth | 10. Nationality (Citizenship) | 11. Race, Ethnic, or Tribal Group | 12. Gender ☐ Male ☐ Female |

13. Is this child in the U.S. ? ☐ Yes (Complete Blocks 14 to 21.) ☐ No (Specify location): _____

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. (mm/dd/yyyy) | 16. I-94 Number (If any) | 17. Status when last admitted (Visa type, if any) |
|---|---|---|---|
| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? (mm/dd/yyyy) | 20. Is your child in Immigration Court proceedings? ☐ Yes ☐ No | |

21. If in the U.S., is this child to be included in this application? (Check the appropriate box.)
☐ Yes
☐ No

| 1. Alien Registration Number (A-Number) (if any) | 2. Passport/ID Card Number (if any) | 3. Marital Status (Married, Single, Divorced, Widowed) | 4. U.S. Social Security Number (if any) |
|---|---|---|---|
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth (mm/dd/yyyy) |
| 9. City and Country of Birth | 10. Nationality (Citizenship) | 11. Race, Ethnic, or Tribal Group | 12. Gender ☐ Male ☐ Female |

13. Is this child in the U.S. ? ☐ Yes (Complete Blocks 14 to 21.) ☐ No (Specify location): _____

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. (mm/dd/yyyy) | 16. I-94 Number (If any) | 17. Status when last admitted (Visa type, if any) |
|---|---|---|---|
| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? (mm/dd/yyyy) | 20. Is your child in Immigration Court proceedings? ☐ Yes ☐ No | |

21. If in the U.S., is this child to be included in this application? (Check the appropriate box.)
☐ Yes
☐ No

## Part A.III. Information About Your Background

1. List your last address where you lived before coming to the United States. If this is not the country where you fear persecution, also list the last address in the country where you fear persecution. *(List Address, City/Town, Department, Province, or State and Country.)*
   **(NOTE:** *Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Number and Street *(Provide if available)* | City/Town | Department, Province, or State | Country | Dates From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

2. Provide the following information about your residences during the past 5 years. List your present address first.
   **(NOTE:** *Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Number and Street | City/Town | Department, Province, or State | Country | Dates From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|---|
| 3452 Springlake Cir | Loveland | OH | USA | 11/2024 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

3. Provide the following information about your education, beginning with the most recent school that you attended.
   **(NOTE:** *Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Name of School | Type of School | Location *(Address)* | Attended From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|
| #29 Y. Gagarins School | Middle school | 138 Pramanova, Taras city | 09/2011 | 06/2020 |
| Astana College | College | 1B Dzambyl, Taras city | 09/2020 | 06/2022 |
| | | | | |
| | | | | |

4. Provide the following information about your employment during the past 5 years. List your present employment first.
   **(NOTE:** *Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Name and Address of Employer | Your Occupation | Dates From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|
| Rem Service Taras | | 10/23 | 03/24 |
| | | | |
| | | | |

5. Provide the following information about your parents and siblings (brothers and sisters). Check the box if the person is deceased.
   **(NOTE:** *Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Full Name | City/Town and Country of Birth | Current Location |
|---|---|---|
| *Mother* Tyiyshbala Dyisenbaeva | Kara Bura Kyrgyzstan | ☐ Deceased USA |
| *Father* Bakyt Dyisenbaeva | Kaiyndy vlg Kazakhstan | ☐ Deceased USA |
| *Sibling* Dyisenbaev Bereke | Taras Kazakhstan | ☐ Deceased Kazakhstan |
| *Sibling* Dyisenbaeva Akerke | Taras Kazakhstan | ☐ Deceased Kazakhstan |
| *Sibling* | | ☐ Deceased |
| *Sibling* | | ☐ Deceased |

## Part B. Information About Your Application

(**NOTE:** *Use Form I-589 Supplement B, or attach additional sheets of paper as needed to complete your responses to the questions contained in Part B.*)

When answering the following questions about your asylum or other protection claim (withholding of removal under 241(b)(3) of the INA or withholding of removal under the Convention Against Torture), you must provide a detailed and specific account of the basis of your claim to asylum or other protection. To the best of your ability, provide specific dates, places, and descriptions about each event or action described. You must attach documents evidencing the general conditions in the country from which you are seeking asylum or other protection and the specific facts on which you are relying to support your claim. If this documentation is unavailable or you are not providing this documentation with your application, explain why in your responses to the following questions.

Refer to Instructions, Part 1: Filing Instructions, Section II, "Basis of Eligibility," Parts A - D, Section V, Completing the Form," Part B, and Section VII, "Additional Evidence That You Should Submit," for more information on completing this section of the form.

1.  Why are you applying for asylum or withholding of removal under section 241(b)(3) of the INA, or for withholding of removal under the Convention Against Torture? Check the appropriate box(es) below and then provide detailed answers to questions A and B below.

    I am seeking asylum or withholding of removal based on:

    | | |
    |---|---|
    | ☐ Race | ☒ Political opinion |
    | ☐ Religion | ☐ Membership in a particular social group |
    | ☐ Nationality | ☐ Torture Convention |

A.  Have you, your family, or close friends or colleagues ever experienced harm or mistreatment or threats in the past by anyone?

   ☐ No      ☒ Yes

   If "Yes," explain in detail:
   1. What happened;
   2. When the harm or mistreatment or threats occurred;
   3. Who caused the harm or mistreatment or threats; and
   4. Why you believe the harm or mistreatment or threats occurred.

   > I have personally experienced harm and mistreatment. After participating in a peaceful demonstration in Kazakhstan, I was arrested, subjected to physical abuse, and interrogated by law enforcement officers. They believed I was an activist and organizer, despite my insistence that I was not involved in any protests. I was beaten during the detention, and my constitutional rights were violated. The physical abuse resulted in significant health issues, and I had to seek medical treatment.

B.  Do you fear harm or mistreatment if you return to your home country?

   ☐ No      ☒ Yes

   If "Yes," explain in detail:
   1. What harm or mistreatment you fear;
   2. Who you believe would harm or mistreat you; and
   3. Why you believe you would or could be harmed or mistreated.

   > Yes, I fear significant harm and mistreatment if I return to my home country, Kazakhstan. Based on my experiences of being arrested, beaten, and interrogated by law enforcement officers due to my participation in peaceful protests, I believe that returning would put me at direct risk of further persecution.

## Part B. Information About Your Application (continued)

2. Have you or your family members ever been accused, charged, arrested, detained, interrogated, convicted and sentenced, or imprisoned in any country other than the United States (including for an immigration law violation)?

☐ No          ☒ Yes

If "Yes," explain the circumstances and reasons for the action.

> I was personally arrested twice. The first incident occurred shortly after my return from military service, when I was detained on October 25, 2023, during a national celebration. Despite not being involved in any protest or disrupting public order, I was arrested by the police. They accused me of being an activist and organizer, and I was subjected to physical abuse during the interrogation. I was detained overnight and released the following day, only to require medical treatment for injuries caused by the abuse.

3.A. Have you or your family members ever belonged to or been associated with any organizations or groups in your home country, such as, but not limited to, a political party, student group, labor union, religious organization, military or paramilitary group, civil patrol, guerrilla organization, ethnic group, human rights group, or the press or media?

☐ No          ☒ Yes

If "Yes," describe for each person the level of participation, any leadership or other positions held, and the length of time you or your family members were involved in each organization or activity.

> Yes, I have been associated with a political group in Kazakhstan. Specifically, I have been connected with the opposition movement in the country, which led to my persecution by the authorities.
>
> I was involved with the opposition activities and, at times, expressed my support for the right to peaceful protest and the desire for political change. This involvement, though peaceful and within my rights as a citizen, resulted in harassment and mistreatment by the government. My participation in peaceful protests, including the one on October 25, 2023

3.B. Do you or your family members continue to participate in any way in these organizations or groups?

☒ No          ☐ Yes

If "Yes," describe for each person your or your family members' current level of participation, any leadership or other positions currently held, and the length of time you or your family members have been involved in each organization or group.

4. Are you afraid of being subjected to torture in your home country or any other country to which you may be returned?

☐ No          ☒ Yes

If "Yes," explain why you are afraid and describe the nature of torture you fear, by whom, and why it would be inflicted.

> I am genuinely afraid of being subjected to torture if I were to return to Kazakhstan. Based on my past experiences, where I was arrested, detained, and physically abused by the authorities, I have reason to believe that I would face further mistreatment or torture if I were forced to go back.

## Part C. Additional Information About Your Application

(**NOTE:** *Use Form I-589 Supplement B, or attach additional sheets of paper as needed to complete your responses to the questions contained in Part C.*)

1. Have you, your spouse, your child(ren), your parents or your siblings ever applied to the U.S. Government for refugee status, asylum, or withholding of removal?

   ☐ No          ☐ Yes

   If "Yes," explain the decision and what happened to any status you, your spouse, your child(ren), your parents, or your siblings received as a result of that decision. Indicate whether or not you were included in a parent or spouse's application. If so, include your parent or spouse's A-number in your response. If you have been denied asylum by an immigration judge or the Board of Immigration Appeals, describe any change(s) in conditions in your country or your own personal circumstances since the date of the denial that may affect your eligibility for asylum.

2.A. After leaving the country from which you are claiming asylum, did you or your spouse or child(ren) who are now in the United States travel through or reside in any other country before entering the United States?

   ☒ No          ☐ Yes

2.B. Have you, your spouse, your child(ren), or other family members, such as your parents or siblings, ever applied for or received any lawful status in any country other than the one from which you are now claiming asylum?

   ☒ No          ☐ Yes

   If "Yes" to either or both questions (2A and/or 2B), provide for each person the following: the name of each country and the length of stay, the person's status while there, the reasons for leaving, whether or not the person is entitled to return for lawful residence purposes, and whether the person applied for refugee status or for asylum while there, and if not, why he or she did not do so.

3. Have you, your spouse or your child(ren) ever ordered, incited, assisted or otherwise participated in causing harm or suffering to any person because of his or her race, religion, nationality, membership in a particular social group or belief in a particular political opinion?

   ☒ No          ☐ Yes

   If "Yes," describe in detail each such incident and your own, your spouse's, or your child(ren)'s involvement.

## Part C. Additional Information About Your Application (continued)

4. After you left the country where you were harmed or fear harm, did you return to that country?

   ☒ No     ☐ Yes

   If "Yes," describe in detail the circumstances of your visit(s) (for example, the date(s) of the trip(s), the purpose(s) of the trip(s), and the length of time you remained in that country for the visit(s).)

5. Are you filing this application more than 1 year after your last arrival in the United States?

   ☒ No     ☐ Yes

   If "Yes," explain why you did not file within the first year after you arrived.  You must be prepared to explain at your interview or hearing why you did not file your asylum application within the first year after you arrived.  For guidance in answering this question, see Instructions, Part 1: Filing Instructions, Section V. "Completing the Form," Part C.

6. Have you or any member of your family included in the application ever committed any crime and/or been arrested, charged, convicted, or sentenced for any crimes in the United States (including for an immigration law violation)?

   ☒ No     ☐ Yes

   If "Yes," for each instance, specify in your response: what occurred and the circumstances, dates, length of sentence received, location, the duration of the detention or imprisonment, reason(s) for the detention or conviction, any formal charges that were lodged against you or your relatives included in your application, and the reason(s) for release.  Attach documents referring to these incidents, if they are available, or an explanation of why documents are not available.

## Part D. Your Signature

I certify, under penalty of perjury under the laws of the United States of America, that this application and the evidence submitted with it are all true and correct. Title 18, United States Code, Section 1546(a), provides in part: Whoever knowingly makes under oath, or as permitted under penalty of perjury under Section 1746 of Title 28, United States Code, knowingly subscribes as true, any false statement with respect to a material fact in any application, affidavit, or other document required by the immigration laws or regulations prescribed thereunder, or knowingly presents any such application, affidavit, or other document containing any such false statement or which fails to contain any reasonable basis in law or fact - shall be fined in accordance with this title or imprisoned for up to 25 years. I certify that I am physically present in the United States or seeking admission at a Port of Entry when I execute this application. I authorize the release of any information from my immigration record that U.S. Citizenship and Immigration Services (USCIS) needs to determine eligibility for the benefit I am seeking.

*WARNING:* **Applicants who are in the United States unlawfully are subject to removal if their asylum or withholding claims are not granted by an asylum officer or an immigration judge. Any information provided in completing this application may be used as a basis for the institution of, or as evidence in, removal proceedings even if the application is later withdrawn. Applicants determined to have knowingly made a frivolous application for asylum will be permanently ineligible for any benefits under the Immigration and Nationality Act. You may not avoid a frivolous finding simply because someone advised you to provide false information in your asylum application. If filing with USCIS, unexcused failure to appear for an appointment to provide biometrics (such as fingerprints) and your biographical information within the time allowed may result in an asylum officer dismissing your asylum application or referring it to an immigration judge. Failure without good cause to provide DHS with biometrics or other biographical information while in removal proceedings may result in your application being found abandoned by the immigration judge. See sections 208(d)(5)(A) and 208(d)(6) of the INA and 8 CFR sections 208.10, 1208.10, 208.20, 1003.47(d) and 1208.20.**

| Print your complete name. | Write your name in your native alphabet. |
|---|---|
| Bakyt Medet | Бакыт Медет |

Did your spouse, parent, or child(ren) assist you in completing this application? ☒ No ☐ Yes *(If "Yes," list the name and relationship.)*

_____    _____    _____    _____
*(Name)*    *(Relationship)*    *(Name)*    *(Relationship)*

Did someone other than your spouse, parent, or child(ren) prepare this application? ☒ No ☐ Yes *(If "Yes," complete Part E.)*

Asylum applicants may be represented by counsel. Have you been provided with a list of persons who may be available to assist you, at little or no cost, with your asylum claim? ☒ No ☐ Yes

Signature of Applicant *(The person in Part. A.I.)*

➡ [_____]    _____
      Sign your name so it all appears within the brackets      Date (mm/dd/yyyy)

## Part E. Declaration of Person Preparing Form, if Other Than Applicant, Spouse, Parent, or Child

I declare that I have prepared this application at the request of the person named in Part D, that the responses provided are based on all information of which I have knowledge, or which was provided to me by the applicant, and that the completed application was read to the applicant in his or her native language or a language he or she understands for verification before he or she signed the application in my presence. I am aware that the knowing placement of false information on the Form I-589 may also subject me to civil penalties under 8 U.S.C. 1324c and/or criminal penalties under 18 U.S.C. 1546(a).

| Signature of Preparer | Print Complete Name of Preparer | | |
|---|---|---|---|
| Daytime Telephone Number ( ) | Address of Preparer: Street Number and Name | | |
| Apt. Number | City | State | Zip Code |

| To be completed by an attorney or accredited representative (if any). | ☐ Select this box if Form G-28 is attached. | Attorney State Bar Number (if applicable) | Attorney or Accredited Representative USCIS Online Account Number (if any) |
|---|---|---|---|

## Part F. To Be Completed at Asylum Interview, if Applicable

**NOTE:** *You will be asked to complete this part when you appear for examination before an asylum officer of the Department of Homeland Security, U.S. Citizenship and Immigration Services (USCIS).*

I swear (affirm) that I know the contents of this application that I am signing, including the attached documents and supplements, that they are ☐ all true or ☐ not all true to the best of my knowledge and that correction(s) numbered _____ to _____ were made by me or at my request. Furthermore, I am aware that if I am determined to have knowingly made a frivolous application for asylum I will be permanently ineligible for any benefits under the Immigration and Nationality Act, and that I may not avoid a frivolous finding simply because someone advised me to provide false information in my asylum application.

Signed and sworn to before me by the above named applicant on:

_____
Signature of Applicant

_____
Date *(mm/dd/yyyy)*

_____
Write Your Name in Your Native Alphabet

_____
Signature of Asylum Officer

## Part G. To Be Completed at Removal Hearing, if Applicable

**NOTE:** *You will be asked to complete this Part when you appear before an immigration judge of the U.S. Department of Justice, Executive Office for Immigration Review (EOIR), for a hearing.*

I swear (affirm) that I know the contents of this application that I am signing, including the attached documents and supplements, that they are ☐ all true or ☐ not all true to the best of my knowledge and that correction(s) numbered _____ to _____ were made by me or at my request. Furthermore, I am aware that if I am determined to have knowingly made a frivolous application for asylum I will be permanently ineligible for any benefits under the Immigration and Nationality Act, and that I may not avoid a frivolous finding simply because someone advised me to provide false information in my asylum application.

Signed and sworn to before me by the above named applicant on:

_____
Signature of Applicant

_____
Date *(mm/dd/yyyy)*

_____
Write Your Name in Your Native Alphabet

_____
Signature of Immigration Judge



## Application for Asylum and for
## Withholding of Removal Supplement A

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**USCIS**
**Form I-589**
OMB No. 1615-0069
Expires 09/30/2027

| A-Number *(If available)* <br> 249388021 | Date |
|---|---|
| Applicant's Name <br> Medet N/A Bakyt | Applicant's Signature |

## List All of Your Children, Regardless of Age or Marital Status
*(NOTE: Use this form and attach additional pages and documentation as needed, if you have more than four children)*

| 1. Alien Registration Number (A-Number) *(if any)* | 2. Passport/ID Card Number *(if any)* | 3. Marital Status *(Married, Single, Divorced, Widowed)* | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth *(mm/dd/yyyy)* |
| 9. City and Country of Birth | 10. Nationality *(Citizenship)* | 11. Race, Ethnic, or Tribal Group | 12. Gender ☐ Male ☐ Female |

13. Is this child in the U.S. ?  ☐ Yes *(Complete Blocks 14 to 21.)*  ☐ No *(Specify location)*: _____

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. *(mm/dd/yyyy)* | 16. I-94 Number *(If any)* | 17. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | 20. Is your child in Immigration Court proceedings? ☐ Yes ☐ No | |

21. If in the U.S., is this child to be included in this application? *(Check the appropriate box.)*
☐ Yes
☐ No

| 1. Alien Registration Number (A-Number) *(if any)* | 2. Passport/ID Card Number *(if any)* | 3. Marital Status *(Married, Single, Divorced, Widowed)* | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth *(mm/dd/yyyy)* |
| 9. City and Country of Birth | 10. Nationality *(Citizenship)* | 11. Race, Ethnic, or Tribal Group | 12. Gender ☐ Male ☐ Female |

13. Is this child in the U.S. ?  ☐ Yes *(Complete Blocks 14 to 21.)*  ☐ No *(Specify location)*: _____

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. *(mm/dd/yyyy)* | 16. I-94 Number *(If any)* | 17. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | 20. Is your child in Immigration Court proceedings? ☐ Yes ☐ No | |

21. If in the U.S., is this child to be included in this application? *(Check the appropriate box.)*
☐ Yes
☐ No



## Application for Asylum and for
## Withholding of Removal Supplement B

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**USCIS**
**Form I-589**
OMB No. 1615-0069
Expires 09/30/2027

### Additional Information About Your Claim to Asylum

| A-Number *(if available)* | Date |
|---|---|
| 249388021 | |

| Applicant's Name | Applicant's Signature |
|---|---|
| Medet  N/A Bakyt | |

**NOTE:** *Use this as a continuation page for any additional information requested.  Copy and complete as needed.*

**Part** _____

**Question** _____



**ПАСПОРТ / PASSPORT**

**ТҮРІ / TYPE** P

**МЕМЛЕКЕТ КОДЫ / CODE OF STATE** KAZ

**ПАСПОРТТЫҢ № / PASSPORT №** N16326785

**ТЕГІ / SURNAME**
БАҚЫТ
BAKYT

**АТЫ / GIVEN NAMES**
МЕДЕТ
MEDET

**АЗАМАТТЫҒЫ / NATIONALITY**
KAZAKHSTAN

**ЖЫНЫСЫ / SEX** M

**ЖСН / ID No.** 040726501283

**ТУҒАН КҮНІ / DATE OF BIRTH**
26.07.2004

**ТУҒАН ЖЕРІ / PLACE OF BIRTH**
KAZAKHSTAN

**БЕРІЛГЕН КҮНІ / DATE OF ISSUE**
23.01.2024

**ПАСПОРТ МЕРЗІМІ / DATE OF EXPIRY**
22.01.2034

**ӨЗ ҚОЛЫ / SIGNATURE OF BEARER**

**БЕРГЕН ОРГАН / AUTHORITY**
MINISTRY OF INTERNAL AFFAIRS

```
P<KAZBAKYT<<MEDET<<<<<<<<<<<<<<<<<<<<<<<<<<<<
N163267851KAZ0407263M34012280407265 01283<<06
```

1

## Introduction

My name is Bakyt Medet. I was born in Taraz, Kazakhstan, on July 26, 2004. I am ethnically Kazakh. My political views are democratic. I support the ideas of the party "Democratic Choice of Kazakhstan." At present, I cannot return to my home country, Kazakhstan, due to fear of political persecution. Having already experienced persecution because of my political views back home, I was forced to flee the country. Since then, the situation has only worsened. I am firmly convinced that if I return to Kazakhstan, I will be unlawfully imprisoned on a fabricated criminal case or tortured to death. That is why I made the decision to apply for political asylum in the United States of America.

## Political Situation in Kazakhstan

Modern Kazakhstan is an authoritarian state where all power is concentrated in the hands of former President Nursultan Nazarbayev and his clan. Although he is no longer officially the president, he has retained key positions that allow him to influence the political situation[1]. The current president, Kassym-Jomart Tokayev, is considered a puppet of Nazarbayev, fully controlled by the clan and carrying out their policy of arbitrariness.

Elections in Kazakhstan are rigged in advance[2], as the population is intimidated and state-controlled media constantly claim there is no authoritarian regime. Opposition in the country is suppressed, truth is suppressed, and participants in anti-government protests are persecuted—criminal cases are fabricated, they are tortured, beaten, and intimidated.

In March 2018, the court officially declared the "Democratic Choice of Kazakhstan" party illegal, which marked the beginning of active persecution of its members and supporters by security services[3]. Arrest operations were conducted under the pretext of combating extremism, and as a result, between March and November 2018, 12 criminal cases were initiated against supporters of this political organization.

Detained opposition members were systematically tortured in various departments, including the National Security Committee (KNB) and the Ministry of Internal Affairs (MVD).

---

[1] https://www.vedomosti.ru/politics/articles/2019/03/19/796778-pochemu-nursultan-nazarbaev-ushel - about the nuances of the transfer of power from Nursultan Nazarbayev to Kassym-Jomart Tokayev

[2] https://www.currenttime.tv/a/32326341.html - massive election violations

[3] https://online.zakon.kz/Document/?doc_id=37447354 - recognition of the democratic opposition as extremists.

2

One example is Muratkhan Tokmadi. Under torture in the KNB[4] detention center, he was forced to confess to the murder of Yerzhan Tatishev, the chairman of the board of "Bank Turan Alem." Based on such "confessions," the authorities launched a new trial against Mukhtar Ablyazov. The investigation concluded that Tatishev was killed on the orders of Mukhtar Ablyazov, continuing the policy of persecuting the opposition and suppressing dissidents in the country.

The National Security Committee (KNB), which reports directly to the president, plays a key role in ensuring domestic and national security. It is engaged in suppressing extremist groups, unregistered political parties, and has broad powers. However, as emphasized, its activities are aimed at ensuring the security of the current political regime, and not the state as a whole.

There are serious human rights problems in the country, such as arbitrary political imprisonment, murders, torture, problems with the independence of the judiciary, restrictions on freedom of speech, the press, and the Internet, as well as interference in the rights of citizens to peaceful assembly and freedom of association. Corruption is widespread, and impunity remains for those in power or associated with government and law enforcement agencies. Kazakhstan remains an authoritarian political regime with limited freedoms and human rights violations.

**General information about myself.**

We had 4 children in the family. I grew up in prosperity, my parents had their own business. Childhood was ordinary, as much as possible in a country where connections and money decide everything. In the city of Taraz in 2011, I went to first grade at school No. 29 named after Y. Gagarin. I studied diligently, actively participated in the life of the school, and also participated in various sports Olympiads and competitions.

**2019-2021: College and acquaintance with DVK**

In 2019, it was time to go to college. My parents wanted me to have an education, but without bribes in Kazakhstan it is difficult to achieve anything even in studies. So, they had to pay to get me in, despite the fact that I passed the admission scores.

In college, everything started as usual - studying, homework, a couple of friends. But one day, at one of the lectures, we were taught by a man named Askar Ermekovich. He taught the subject "Social Science" and was different from others in that he never lectured "from a piece of paper".

---

[4] https://rus.azattyq.org/a/32112573.html - the case of torture of Muratkhan Tokmadi by KNB officers.

3

He often deviated from the topic, talking about corruption. He talked about how Kazakhstan was being robbed by one family in power in the country.

During breaks, he detained interested students and offered them texts to "read at their leisure" - articles on economics, human rights, freedom of speech. Officially, he couldn't say anything out loud, but between the lines it was clear: he didn't support what was happening.

Through him, I got into a small, almost underground group - students gathered at one of the elders' apartments. There they discussed political topics, shared the latest news from opposition channels. Names like "Democratic Choice of Kazakhstan" (DVK)[5] began to sound more and more often.

At one of the meetings, I was given a printout of the DVK program for the first time. I read it and couldn't believe my eyes: demand for a change of power; fair elections; investigation of corruption among officials; independent courts.

These were simple things, but in our context they sounded like a revolution.

We discussed real problems such as corruption in educational institutions (I know this from personal experience); police brutality; missing activists; pressure on activists' families.

The more I delved into it, the more clearly I understood: what DVK says is not just slogans. It is the voice of reason, a protest against fear and apathy.

There I met Arsen, he was a higher-up in his course, and we immediately found common ground. He worked part-time, took up photography, and periodically offered to help me print flyers. Through them, I began reading DVK Telegram channels and studying what their supporters were talking about. We shared news, discussed what could be done to change the country. For me, it was like a revelation: it turns out I'm not the only one who thinks something is wrong.

### 2021: Parents' problems, organizing a rally

I learned about the February 28 action through some guys I know. One of them is my close friend Arsen. He himself had already participated in distributing leaflets and said that if I wanted to change something, I should start acting.

A week before the February 28, 2021 action, they started printing leaflets with the slogans: "Freedom for political prisoners!", "Nazarbayev is a dictator!", "Agadil is not forgotten!"

---

[5] https://rus.azattyq.org/a/kazakhstan-dck-koshe-partivasv-criminal-prosecution-of-activists/31513198.html - currently declared an extremist organization in Kazakhstan

4

Late in the evenings, the guys and I hung them up in crowded places - at bus stops, entrances, shopping pavilions. Often, we just put them in mailboxes.

On February 28, 2021, I came to the Central Park of Culture of Astana, together with Arsen and other guys[6]. We had agreed in advance that if detentions began, we would stay closer to the exits. In reality, everything went completely wrong.

The square was already filled with people — some were standing with homemade posters, some were holding a portrait of Dulat Agadil. People were chanting: "Freedom for political prisoners!", "Nazarbayev is a dictator!", "No to torture!", " No room for corruption!" (No to corruption!), "Justice for the people!", "Dulat Agadil is not forgotten!"

Some were shouting slogans in Kazakh, others in Russian. People — young, adults, even elderly — had not just come to stand.

Leaflets and flyers that we had distributed ourselves a week earlier were fluttering over the crowd. Someone was handing out printouts with Ablyazov's quotes.

The police were standing in several rows. You could see them talking on the radio. The special forces kept to the side, but after a few minutes they entered the crowd. First they started to pull out the active ones, then they just grabbed them one after another. People kept screaming until the sirens of the paddy wagons drowned them out.

I remember how one man, already elderly, shouted before he was overpowered:

"You are afraid of the truth! But the truth is stronger than truncheons!"

I remembered these words forever.

Everything happened quickly. They surrounded us, "kettling"[7] began, and the security forces rushed into the crowd. One of them grabbed me by the neck and threw me to the ground. I felt a sharp blow to the face - my nose immediately started bleeding. They hit me on the head with a truncheon twice. Everything is noisy, everything is in panic. They overpowered me and dragged me into the paddy wagon.

We were taken to the police station where they photographed us, took our fingerprints, and at about 3 p.m. they began calling us one by one into the office for questioning. The officer in the office introduced himself as Major Orazov, and immediately began insulting me, calling me "Ablyazov's prostitute." He asked what my connection was to the DVK and who was paying me.

---

[6] https://rus.azattyq.org/a/31126079.html - rally on February 28, 2021 organized by the opposition
[7] Kettling is a police tactic used to control large crowds during demonstrations or protests.

5

I replied that no one was paying me. In response, he said that they would release me in exchange for me writing a statement about who paid me to go to the protest. I completely denied everything, including my affiliation with the DVK.

I was a minor at the time - 17 years old. Orazov mentioned that I was lucky that I was under eighteen, otherwise "he would not have gotten off so easily."

After the interrogation, he added that if they caught me again, I would regret being born at all.

They did not allow me to contact my relatives. They did not provide medical assistance. They let me go by morning, without any protocols. I left with bruises and a broken nose.

While I was recovering from what happened at the rally on February 28, during those same days I learned that my parents were hastily leaving Kazakhstan. And it was not just migration in search of a better life - it was an escape from political persecution.

We met with my father. He said that if they stayed in Kazakhstan, he would be illegally imprisoned on a fabricated criminal case. Or simply killed. They were threatening directly.

It turned out that my father had been kidnapped even earlier. He was beaten, tortured, and they tried to break him morally. He told me how law enforcement officers extorted money from him, and when he refused, the threats began. First veiled, then - open. My parents and I had never talked about politics before.

After I was detained at the protest, my life at college changed dramatically. My close friend Arsen, with whom we had put up leaflets and prepared the protest, suddenly disappeared. He was no longer in class. I tried to call him, but he didn't pick up. I wrote to him, but there was no answer. His classmates only hesitantly said that Arsen had allegedly taken an academic leave. But none of them knew the details. And no one was interested in where he had gone. As if that was how it should be.

This made me wary and scared.

With each passing day, I felt like something had changed in their attitude towards me. The head teacher called me in for a "chat", where she didn't really hide her interest in my acquaintances:

— Who are you friends with now?

— Aren't you going to do something... stupid again?

— Do you understand that there are consequences for such actions?

6

The classmates with whom we used to joke and discuss classes began to avoid me. Some simply stopped greeting me. Some avoided eye contact. One of my classmates, with whom I had been on good terms before, once told me:

— Forgive me, brother, but it's dangerous to talk to you now.

It hit me harder than the blows at the rally. I was left alone.

And then they started calling me to the police. First, "just to talk." Then, "to clarify information." They asked about my parents. Where they were, when they left, who I was living with now. They contacted me. I was scared. I didn't know how to respond.

It seemed to me all the time that someone was tracking me — on social networks, on the street.

In early January 2022, mass protests broke out in Kazakhstan, starting in the western city of Zhanaozen and quickly spreading to other regions. The protests were initially sparked by a sharp increase in the price of liquefied petroleum gas, which is used as a vehicle fuel. However, the protests soon escalated into broader grievances over socio-economic conditions, corruption, and authoritarian rule.

Protesters took to the streets demanding lower gas prices, the resignation of the government, and democratic reforms. In Almaty, Kazakhstan's largest city, the protests became particularly widespread, with rallies in some places degenerating into clashes with police. The protesters' anger was directed at symbols of power: administrative buildings, police cars, and even the presidential residence in Almaty. In response to these events, the government announced a state of emergency and a curfew[8].

When the protests reached their peak, I felt like I was on a powder keg. Our people, exhausted by injustice and lawlessness, finally decided to declare their rights. At the same time, fear for the future, for my loved ones and for my country did not leave me for a second. I was afraid of a repeat of the situation in 2011, when a peaceful rally turned into a massacre with a large number of dead. Every day it became more dangerous, and I understood that the situation could get out of control at any moment.

President Kassym-Jomart Tokayev decided to suppress the rally and turned to the Collective Security Treaty Organization (CSTO), led by Russia, for help. Russian armed forces

___

[8] https://www.pravilamag.ru/news/politics-news/07-01-2022/313313-protesty-v-kazahstane-glavnoe-k-utru-7-yanvarya-zaderzhany-3-tysyachi-protestuyushchih-v-strane-vveli-kriticheskiy-uroven-terroristicheskoy-opasnosti/#part3 - events of January 5-7 in Kazakhstan.

were brought into the country. Despite this, the protests continued, and the number of victims among civilians and security forces grew.

On January 6, in his address to the nation, Tokayev said that the country was under attack by terrorists and bandits who were well prepared and organized. He stressed that this was not a peaceful protest, but an attack on the state. That same day, the president ordered the security forces to shoot to kill without warning to suppress the protests. He said that "terrorists and bandits" must be eliminated and that he did not intend to negotiate with "criminals".

I condemned that shoot-to-kill order, as did the international community and human rights organizations, as it was a clear excessive use of force and a violation of human rights. The forceful actions resulted in numerous casualties among the protesters, the exact number of which remains unknown to this day. The entire Kazakhstan was in deep shock and mourning for the next few months. Many participants in the events hastened to leave the country, and persecution began[9].

These measures demonstrated President Tokayev's determination to hold on to power at any cost, but they also exposed the deep gap between the government and the people. The brutal suppression of the protests left deep wounds in society and deepened discontent with the regime, raising concerns about the future of political stability in Kazakhstan. I was overcome with a sense of helplessness and despair as I watched our country descend into chaos. The fear for my life and the lives of my loved ones became unbearable, and it made me think that I might have to leave my homeland to save myself and my family.

When I turned 18, I decided to join the army. I thought it might give me a break – at least for a while, I wouldn't have to think about surveillance and suspicion. The army was hard. Not physically, but mentally.

2024: Dismissal from work and flight from Kazakhstan

After returning from the army in October 2023, I was 19 years old. I tried to start a normal life, got a job at the enterprise "TOO Zhambyl Rem Service". The work was physically difficult, but I wanted to get back on my feet as soon as possible and help my aunt, who took care of me all this time.

Being completely cut off from the news during my service, I was shocked by the events related to the opposition in Kazakhstan over the year.

---

[9] https://www.bbc.com/russian/articles/cz4ydlll9ndo - more than 5,000 criminal cases have been opened.

**8**

The authorities continued to put pressure on opposition leaders and activists. For example, in May 2023, Zhanbolat Mamai[10], the leader of the unregistered Democratic Party of Kazakhstan, was detained and accused of participating in a banned organization. Attempts by the opposition to organize rallies faced harsh resistance. In October 2023, the Ministry of Internal Affairs of Kazakhstan announced that it would not allow rallies to be held[11].

Many activists were arrested or subjected to administrative punishment for participating in protests or for calling for them.

There were several people in the group with whom I quickly found a common language - these were Askar, Nurlan and Zhaniya. During the conversations, it became clear that we had similar views on what was happening in the country. All three were critical of Tokayev's rule, did not believe in reforms and openly spoke about their sympathy for the Democratic Choice of Kazakhstan (DVK) movement.

It was then that I first felt that I was not alone. During one of the lunch breaks, I told them that after returning from the army, I began actively watching videos on Mukhtar Ablyazov's YouTube channel, which described in detail the situation with political prisoners, exposed corruption schemes of officials and published information about fundraising.

We were especially attracted by calls for support for repressed citizens - assistance to the families of political prisoners, payment of legal services and fines. The funds were collected through the donate.Stripe platform, and it seemed important to us to make our contribution at least in this form. We decided that we could spread this information among other employees, through personal messages and trusted Telegram channels.

Gradually, the circle of like-minded people expanded — there were seven of us. We discussed the news in the smoking room, shared links, even printed out a couple of short leaflets with a link to Ablyazov's channel and placed them in the common toilets or left them on tables in the dining area. Sometimes in the evenings, Askar and I hung leaflets with appeals on bus stops and poles.

However, a couple of months later, at the end of February 2024, the management unexpectedly announced an "internal anonymous survey among employees" aimed at "improving corporate culture and identifying problem areas in the team." The questions were strange: "Are

---

[10] https://www.hrw.org/ru/news/2023/04/14/opposition-figure-convicted-kazakhstan - Opposition figure convicted in Kazakhstan
[11] https://www.zakon.kz/obshestvo/6410625-prizyvy-k-mitingam-25-oktyabrya-prokommentirovali-v-mvd.html

9

you satisfied with the country's political course?", "What do you think of President Tokayev?", "Do you have any acquaintances who support banned organizations?"

Even then, we had the feeling that the survey was just a pretext to identify disloyal people. The guys and I agreed that it would be better not to write anything frank, but it seems that one of us was still under suspicion.

By that time, I had been running a closed Telegram group for several months, where my colleagues and I — 12 people from our team — shared news, publications from Ablyazov's YouTube channel, discussed DVK initiatives, shared personal stories, and organized small donations. The group was called "Taraz for Justice" and there was an atmosphere of trust and support.

But this could not last long.

In early March 2024, alarming events began to occur - first Askar was fired, then Nurlan. Officially - "due to staff reduction" and "based on the results of recertification". But we understood that the real reason was participation in the group and our views. Within two weeks, four more were fired. There were no hints left - we were being deliberately "cleansed".

In mid-March 2024, while returning home from work in Taraz, I noticed a police car parked near my house. Ignoring it, I continued on my way, but suddenly a policeman got out of the car, grabbed me tightly and ordered me to get into the car. There were three men inside. One of them pointed at me to sit in the back seat between two policemen. When the car started moving, I asked where they were taking me, to which I received an ominous answer that we were going "to dig my grave".

I tried to object, saying that they had no right to do this, but in response I heard a mockery: "We are the law, we give ourselves the right!" It was dark, and I noticed that we had turned off the road into a field. After driving about two or three kilometers, the car stopped. The policemen got out, one of them took a shovel out of the trunk and threw it at me with the words: "Dig, bitch, no need to cry. You should have thought with your stupid head earlier when you went against the authorities." My legs wouldn't obey me from fear, my hands were shaking. I begged them to spare me, promising to do whatever they demanded.

I don't know how much time passed, but at some point one of the policemen took the shovel and said: "We have connections everywhere, what did you think? That you'll get away with everything like that? If you start yapping again, we'll definitely kill you."

10

After that horrific night in the field, the policemen didn't let me go just like that. One of them took out his phone and said that I was going to record a video message. I would say that Mukhtar Ablyazov is a fraud, that he deceived you and is deceiving people, and you are calling on people not to listen to him. If I don't do this, I will continue to dig.

I was in complete shock, my hands were shaking, my voice was treacherously breaking. They put me in front of the headlights, turned on the bright lights, and started filming. I said what they demanded. I felt like I was betraying myself, but at that moment the fear was stronger.

After that, they said: - Delete your Telegram group. Right now. If we find out that you continue to do this, next time we won't get away with words. They left me alone in the middle of the field and drove away.

For about another half hour, I couldn't come to my senses. I experienced a lot of stress. My hands were shaking, my legs didn't want to move. After I came to my senses a little, I took out my mobile phone and looked where I was. I got to the road, caught a car and drove to the city.

A week later, I received a notice from the HR department: I was being laid off due to downsizing. No explanations, no conversations - I was ready for this.

At the end of June, I unexpectedly received a call from Askar, my former colleague, one of the few who did not turn away after the repressions. On the phone, he said that he had just left the Office of the National Security Committee of Kazakhstan. The conversation was short but contained important details. Askar apologized to me and explained that he had been tortured and beaten for 24 hours and then signed everything they put in front of him. The documents stated that we and everyone who was in our group allegedly actively participated in the activities of the Democratic Choice of Kazakhstan movement, and I was the organizer: we distributed leaflets, organized rallies, coordinated actions via messengers and collected funds to support an extremist organization. The protocol also stated that the group's actions bore signs of preparation for a coup d'état.

I replied that all the accusations were greatly exaggerated. According to him, a criminal case has already been opened against him, but he is temporarily free - solely because he agreed to cooperate with the investigation.

At the end of the conversation, he warned that in the near future, the KNB officers would most likely contact me. In connection with this, he recommended that I immediately leave the country.

11

After talking to Askar, I immediately took precautions: I destroyed my mobile phone and SIM card to eliminate the possibility of tracking. I spent several hours thinking, assessing possible actions and calculating the risks.

My first thoughts concerned fleeing to one of the neighboring states. However, after studying the situation, I came to the conclusion that countries such as Russia, Tajikistan and Kyrgyzstan would almost certainly hand me over to the Kazakh authorities in case of any extradition request. The lack of security guarantees excluded these directions.

Gradually, I came to the conclusion that the only real chance to avoid arrest was to leave the region and get to the United States, where my parents had recently been living. It was there that the last opportunity to find relative safety and apply for political asylum remained.

I began to act cautiously, avoiding any digital traces. Staying in place was too risky, I left Taraz to my aunt in Astana, where I asked her to buy me a ticket. I stayed with her friend for a few days while waiting for the flight.

A week after my departure from the country, officers of the National Security Committee (KNB) of Kazakhstan arrived at the place of residence of my relatives. They asked questions about my whereabouts and inquired about my current location.

In addition, they handed my relatives a summons, according to which I was supposedly obliged to appear for questioning as a suspect. Under Part 1 of Article 174, Part 1 of Article 258, Part 2 of Article 405 of the Criminal Code of the Republic of Kazakhstan. According to the requirements of the law if the person being summoned is absent, the summons can be handed to relatives so that they can pass it on to me. This means that a criminal case is really being fabricated against me. Two weeks later, the KNB officers summoned my sister for questioning, they were interested in where I was. My sister told them that I had left the territory of Kazakhstan. Then they told my sister that she needed to find a way to get me back by handing over a folder with documents, saying that in this folder, the materials on which my sister could be considered an accomplice if I did not return to Kazakhstan.

**Conclusion**

Finally, I would also like to add that international organizations have repeatedly documented serious human rights violations in Kazakhstan, including political repression, torture, and restrictions on fundamental freedoms. Below are key statistics and facts reflecting the current situation:

12

**Political repression and freedom of assembly:**

In 2024, the Kazakh authorities denied permission to hold 108 peaceful protests, marches, and solo pickets in 22 cities and towns. Since 2020, a total of 686 such refusals have been recorded[12].

Parliamentary and presidential elections in Kazakhstan are not free and fair; the authorities systematically marginalize or imprison genuine opposition figures[13].

**Torture and ill-treatment:**

In connection with mass protests in January 2022, 238 deaths were recorded, including at least six cases of deaths due to torture in places of detention[14].

Prosecutions of security forces for unlawful killings, torture, and other ill-treatment during protests continue, but often result in sentences that do not correspond to the gravity of the crime[15].

**Freedom of Expression and Religion:**

Police regularly disrupt or prevent peaceful political street protests.

Religious practice outside registered religious organizations remains prohibited.

**State of Civil Liberties:**

Kazakhstan has been consistently rated "Not Free" by Freedom House since 1994, with scores of 6 for political rights and 5 for civil liberties (where 1 means "free" and 7 means "not free").

I am seeking political asylum:

- My country is ruled by a bloody tyrant who has drowned his people in blood. He is waging a war against his people and my life, health and freedom are in danger. My friends were tortured and will be tried, the same fate awaits me.

- I did not appear in response to a summons to the KNB and now they will use force against me as soon as they find me in Kazakhstan. That is why I am afraid to return.

- I have already faced persecution and cruel treatment in Kazakhstan because of my political views, participation in opposition political movements and actions. I know that this can happen again.

---

[12] https://en.odfoundation.eu/a/726864%2Ctough-year-for-human-rights-48-political-prisoners-in-kazakhstan-political-repression-and-total-censorship-instead-of-reforms/
[13] https://freedomhouse.org/country/kazakhstan/freedom-world/2023
[14] https://www.state.gov/reports/2023-country-reports-on-human-rights-practices/kazakhstan
[15] https://www.amnesty.org/en/location/europe-and-central-asia/eastern-europe-and-central-asia/kazakhstan/report-kazakhstan

13

- In pre-trial detention centers, arrested persons are subjected to torture and cruel treatment, there are cases of death. That is why I am afraid not only for my freedom, but for my life.

- The level of justice in Kazakhstan is low, the courts, the police, the KNB are completely subordinate to the current regime. I will not be able to achieve justice. Since the police and the KNB are persecuting me, I will not be able to hide from them anywhere in Kazakhstan.

*I, Aitzhana Kokkozeva, hereby certify that I am competent to translate from Russian into English and that, in my professional opinion, this document represents a complete and accurate translation of the attached original text on 13 (thirteen) pages.*

_____

This is an acknowledgement certificate; no oath or affirmation was administered to the signer with regard to this notarial act.

STATE OF OHIO

COUNTY OF HAMILTON

*The foregoing instrument was acknowledged before me this 21st day of April 2025 by Aitzhana Kokkozeva*

_____
Signature of a person taking acknowledgment

Title or rank

Serial number _____

_____

GALINA LOGUNOVA
Notary Public, State of Ohio
My Commission Expires:
November 7, 2026

This certificate only confirms the fact that the translator is competent in the above languages and that, in her professional opinion, the document represents a complete and accurate translation of the attached original text. It does not in any way confirm the validity or authenticity of the document.